**Motion Denied; Order filed November 29, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00502-CV
_____

**DONALD KILPATRICK, INDIVIDUALLY AND AS ASSIGNEE OF CAUSES OF ACTION OF JEREMY DICKS, Appellants**

**V.**

**ERIC L. ESTES, ADRIANA POTOCZNIAK, ET AL AND DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5 ASSET-BACKED CERTIFICATES SERIES 2006-OPT5, HOMEWARD RESIDENTIAL, INC F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.,** Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-31821A**

## ORDER

Appellant's brief was originally due August 20, 2018. We granted extensions of time to file appellant's brief until November 19, 2018. When we granted the final

extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On November 19, 2018, appellant filed a further request for extension of time to file appellant's brief and did not assert extraordinary circumstances. We deny the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **December 4, 2018**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.